FILED
2008 NOV 20 PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

1  EVAN S. COHEN (State Bar # 119601)
   e-mail: ecohen@manifesto.com
2  S. MARTIN KELETI (State Bar # 144208)
   e-mail: keleti@manifesto.com
3  COHEN AND COHEN
   8340 Melrose Avenue
4  Los Angeles, California 90069-5420
   (323) 655-4444 Telephone
5  (323) 655-3333 Facsimile

6  Attorneys for plaintiff
   FLO & EDDIE, INC.
7

8  # United States District Court
9  ## Central District of California

10

11 FLO & EDDIE, INC., a California corporation,
12
           Plaintiff,
13
       v.
14
   FORD MOTOR COMPANY, a Delaware corporation;
15 FORD MOTOR COMPANY BRASIL LTDA., a Brazilian corporation;
16 J. WALTER THOMPSON U.S.A., INC., a Delaware corporation;
17 J.W. THOMPSON PUBLICIDADE LTDA., a Brazilian corporation,
18
           Defendants.
19

Case No. CV08-07667 DDP PLAx

COMPLAINT FOR INFRINGEMENT OF COPYRIGHT AND NEIGHBORING RIGHTS

**JURY TRIAL DEMANDED**

Plaintiff Flo & Eddie, Inc. alleges:

# I

# SUBJECT MATTER JURISDICTION

1. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1), because there is a complete diversity of citizenship between plaintiff and defendants, and because the amount in controversy of plaintiff's claims, exclusive of costs and attorney fees, exceeds $75,000.

# II

# PARTIES

2. Plaintiff Flo & Eddie, Inc. ("FEI") is a corporation organized and existing under the laws of the State of California,

3. Defendant Ford Motor Company ("Ford") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Michigan. Ford is a multinational corporation, ranked as the world's fourth largest automaker based on worldwide vehicle sales.

4. Defendant Ford Motor Company Brasil Ltda. ("Ford Brazil") is a corporation organized and existing under the laws of Brazil and is a wholly-owned subsidiary of Ford. Plaintiff is informed and believes, and upon such information and belief alleges, that based on its relationship with Ford, Ford Brazil has extensive, systematic and continuous dealings with the Central District of California sufficient to confer this court with personal jurisdiction over it.

5. Defendant J. Walter Thompson U.S.A., Inc. ("JWT") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York. JWT is a wholly-owned subsidiary of WPP Group plc, a corporation organized under the laws of the United Kingdom, which is one of the world's largest holding companies of advertising agencies. JWT

describes itself as "the largest advertising agency in the U.S. and the fourth-largest marketing communications network in the world" and as having "nearly 10,000 employees worldwide and more than 200 offices in over 90 countries."

6. Defendant J. W. Thompson Brasil Ltda. ("JWT Brazil") is a corporation organized and existing under the laws of Brazil, and is a wholly-owned subsidiary of JWT. Plaintiff is informed and believes, and upon such information and belief alleges, that based on its relationship with JWT, JWT Brazil has extensive, systematic and continuous dealings with the Central District of California sufficient to confer this court with personal jurisdiction over it.

7. At a minimum, Ford Brazil is an agent of Ford, but there is such a unity of interest and ownership in Ford and Ford Brazil that in reality no separate entities exist and failure to disregard the separate identities would result in injustice. For example, although Ford Brazil registered the domain name ford.com.br, the individuals in charge of the domain name ford.com.br do not use that domain as part of their e-mail addresses, but simply ford.com, the domain of the parent company.

8. At a minimum, JWT Brazil is an agent of JWT, but there is such a unity of interest and ownership in JWT and JWT Brazil that in reality no separate entities exist and failure to disregard the separate identities would result in injustice. For example, although JWT Brazil registered the domain name jwt.com.br, the individual in charge of the domain name jwt.com.br does not use that domain as part of their e-mail addresses, but simply jwt.com, the domain of the parent company.

## III

## VENUE

9. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a)(2), or in the alternative, pursuant to 28 U.S.C. § 1391(a)(3). For the purpose of venue,

1  Ford and JWT are residents of the Central District of California. Either a
2  substantial part of the events or omissions giving rise to the claim should be
3  deemed to have occurred in this district, or, if not, this action could not have been
4  brought in any other district because not all defendants reside in the same district.

## IV

## GENERAL ALLEGATIONS

10. Plaintiff incorporates by reference the definitions of the terms "audiovisual work," "Berne Convention," "derivative work," "Geneva Phonograms Convention," "international agreement," "musical works," "sound recordings," "treaty party," and "WIPO Performances and Phonograms Treaty" codified in 17 U.S.C. § 101.

11. The term "phonograms" is synonymous with the term "sound recordings." In some countries, such as the United States, both musical works and sound recordings are the subject of copyright, 17 U.S.C. § 102(2) & 102(7). In other countries, such as Brazil, musical works are the subject of copyright ("authors' rights," including both economic rights and moral rights), Law No. 9610 of February 19, 1998 ("Brazilian Copyright Law"), article 7, paragraph V., while sound recordings (phonograms) are the subject of another body of law known as "neighboring rights," id. articles 90 & 93. Argentina includes both musical works and phonorecords as the subject matter of copyright, Law No. 11.723 ("Argentinian Copyright Law"), article 1, just as the United States does.

12. The United States and Argentina are both members of the Berne Convention, Geneva Phonograms Convention, and the WIPO Performances and Phonograms Treaty; Brazil is a member of the Geneva Phonograms Convention. Each of these three international agreements provides that works of foreign origin are afforded national treatment, that is, the treaty parties afford the same rights to works of United States origin as to works originating in their own countries.

# V

## FIRST CLAIM FOR RELIEF FOR INFRINGEMENT OF NEIGHBORING RIGHTS

(Against All Defendants)

13. Plaintiff realleges paragraphs 1 through 12, inclusive, as if fully set forth.

14. FEI is the worldwide and exclusive owner of the rights in the sound recordings of the musical group known as "The Turtles." The musical work which is most associated with The Turtles is entitled "Happy Together," which was written by Gary Bonner and Alan Gordon. The 1967 sound recording of "Happy Together" is not only one of The Turtles' greatest hits, it is The Turtles' single greatest hit, and the group still performs it. The members of The Turtles were all citizens of the United States at the time they recorded "Happy Together," and they did so in the United States.

15. FEI is the successor to the performers and producers of the phonogram embodying the 1967 performance of the musical work "Happy Together" by The Turtles.

16. Defendants JWT and JWT Brazil prepared an audiovisual work, a television commercial entitled "Manufacturing Plant," for Ford and Ford Brazil. "Manufacturing Plant" includes in its audio portion a version of the musical work "Happy Together." The version of the musical work "Happy Together" incorporated in the audio portion of "Manufacturing Plant" incorporates both plaintiff's sound recording of The Turtles' 1967 performance of "Happy Together" and other sounds.

17. For the sum $160,000, defendants obtained a license from the owner of the copyright of the musical work "Happy Together" to prepare the derivative work "Manufacturing Plant" in Brazil, and agreed that for an additional $60,000, they could do so in Argentina.

18. Defendants, however, did not obtain a license from plaintiff for the use of plaintiff's sound recording "Happy Together" in Brazil. Such unauthorized use constitutes a violation of Brazilian Copyright Law article 93, which provides:

> A phonogram producer has the exclusive right to authorize or prohibit either for a consideration or free of charge,
>
> I. the direct or indirect, total or partial reproduction of his phonograms;
>
> II. the distribution by sale or rental of copies of phonograms so reproduced;
>
> III. the communication of his phonograms to the public by public performance, including broadcasting;
>
> IV. [vetoed]
>
> V. any other form of use of his phonograms that exists at present or might be devised in the future.

19. As a result of this violation of FEI's neighboring rights under the laws of Brazil, FEI has been damaged in an amount according to proof, but in no event less than $160,000.

## VI
## SECOND CLAIM FOR RELIEF FOR INFRINGEMENT OF COPYRIGHT
(Against All Defendants)

20. Plaintiff realleges paragraphs 1 through 12, inclusive, and paragraphs 14 through 17, inclusive, as if fully set forth.

21. Defendants, however, did not obtain a license from plaintiff for the use of plaintiff's sound recording "Happy Together" in Argentina. Such unauthorized use constitutes a violation of Argentinian Copyright Law article 2, which provides:

> The right of ownership of a scientific, literary or artistic work shall include, for its author, the entitlement to dispose of, publish, perform and publicly exhibit, alienate, translate, adapt or authorize the translation of, and reproduce the work in any form.

and article 4(c), which provides:

> The holders of intellectual property rights shall be:
>
> . . . .
>
> (c) those who have the author's permission to translate, revise, adapt, modify or transfer the work to the new resulting intellectual work.

22. As a result of this violation of FEI's copyright under the laws of Argentina, FEI has been damaged in an amount according to proof, but in no event less than $60,000.

WHEREFORE, plaintiff prays as follows:

1. For actual damages according to proof, but in no event less than $220,000;

2. For costs of suit; and

3. For such other and further relief as the court should deem just and proper.

Dated: November 19, 2008        COHEN AND COHEN

By: /s/ S. Martin Keleti
    S. MARTIN KELETI

1 | **DEMAND FOR JURY TRIAL**

3   Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff hereby
4 demands a jury trial.

6 Dated:  November 19, 2008         COHEN AND COHEN

By: *[signature]*
S. MARTIN KELETI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

### CV08- 7667 DDP (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# United States District Court
# Central District of California

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; FORD MOTOR COMPANY BRASIL LTDA., a Brazilian corporation; J. WALTER THOMPSON U.S.A., INC., a Delaware corporation; J.W. THOMPSON PUBLICIDADE LTDA., a Brazilian corporation,<br><br>Defendants. | **CASE NUMBER**<br><br>CV08-07667 DDP PLAx<br><br>**SUMMONS** |

*To the above-named Defendants:*

You are hereby summoned and required to file with this court and serve upon

   Evan S. Cohen/S. Martin Keleti/COHEN AND COHEN

Plaintiff's attorneys, whose address is:

   8340 Melrose Avenue
   Los Angeles, California 90069-5420

an answer to the complaint which is herewith served upon you within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE:  NOV 2 0 2008

CLERK, U.S. DISTRICT COURT

By: _____NATALIE LONGORIA_____
   Deputy Clerk
   [SEAL OF THE COURT]

SUMMONS

1198

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
FLO & EDDIE, INC., a California corporation

**DEFENDANTS**
FORD MOTOR COMPANY, a Delaware corporation;
[see attached for additional defendants' names]

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
EVAN S. COHEN (State Bar # 119601) ecohen@manifesto.com
S. MARTIN KELETI (State Bar # 144208) keleti@manifesto.com
COHEN AND COHEN, 8340 Melrose Avenue, Los Angeles, CA
90069-5420, 323.655.4444 Tel./323.665.3333 Fax

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Infringement of copyright and neighboring rights under foreign laws [jurisdiction: 28 U.S.C. § 1332(a)(1)]

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument |  |  | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other |  |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
|  | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) |  |  | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV |  | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service |  | ☐ 355 Motor Vehicle Product Liability |  | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS |  | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract |  | ☐ 442 Employment |  | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations |  | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY |  | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation |  |  | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure |  | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment |  |  |  | FEDERAL TAX SUITS |
|  | ☐ 240 Torts to Land |  |  | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 245 Tort Product Liability |  | ☐ 440 Other Civil Rights |  |  |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV08-07667

V-71 (07/05)                                CIVIL COVER SHEET                                Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒ No  ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
State of Delaware (incorporation), State of Michigan (principal place of business), State of New York (principal place of business),

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Los Angeles County

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ Martin Filet_  Date November 19, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# ATTACHMENT TO CIVIL COVER SHEET

(Names of Additional Defendants)

FORD MOTOR COMPANY BRASIL LTDA., a Brazilian corporation;

J. WALTER THOMPSON U.S.A., INC., a Delaware corporation;

J.W. THOMPSON PUBLICIDADE LTDA., a Brazilian corporation,